# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**NEUROCARE INSTITUTE OF CENTRAL FLORIDA, P.A.,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　Case No:   6:13-cv-1226-Orl-31DAB

**PHYCON MEDICAL, INC.,
PHYCON MEDICAL SCIENCES,
INC., PC   KLERSY and JOHN
DOES 1-12,**

    **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Voluntary Dismissal (Doc. 34), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.  Any pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on May 5, 2014.

                                          **GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties